

U. S. Department of Justice

**Michael F. Easley, Jr.**
*United States Attorney*
*Eastern District of North Carolina*

*150 Fayetteville Street*  Telephone (919) 856-4530
*Suite 2100*  Criminal FAX (919) 856-4487
*Raleigh, North Carolina 27601*  Civil FAX (919) 856-4821
www.usdoj.gov/usao/nce

## NOTICE OF RELATED CASES

DATE: May 2, 2023

TO: United States District Court
Eastern District of North Carolina
Raleigh, North Carolina 27601

FROM: SEBASTIAN KIELMANOVICH
Assistant United States Attorney

SUBJECTS: United States v. Stevie Michael Reed
Docket No. 5:23CR145 Western Division

Stevie Michael Reed is being charged by indictment with felon in possession of a firearm, in violation of Title 18 United States Code, Sections 922(g)(1) and 924.

A previously filed motion for revocation of supervised release in United States v. Stevie Michael Reed, Docket No. 5:18-CR-146-BO, which is being prosecuted in this District is related as these matters arise from the same criminal conduct. If this case were to be presided over by a different judge, it would result in a substantial duplication of labor if heard by different judges. See EDNC Local Criminal Rule 50.1(a).

Reviewed and approved by:   _____ (for)
MICHAEL F. EASLEY, JR.
United States Attorney